KAPLAN RICE LLP
142 West 57th Street, Suite 4A, New York, NY 10019

Howard J. Kaplan
Partner
Email: hkaplan@kaplanrice.com
Direct: 212.333.0219

September 15, 2025

**VIA ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: IN RE APPLICATION OF BANK J. SAFRA SARASIN AG FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING, NO. 1:25-CV-07080-LTS

Dear Judge Swain:

I write on behalf of Petitioner Bank J. Safra Sarasin AG concerning the above-referenced matter, an application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding. The Petition was mistakenly filed as a civil action rather than a miscellaneous action. We have refiled the Petition as a miscellaneous action, which has been assigned Case Number 1:25-mc-00369-MMG. The civil action was dismissed on September 3, 2025. We respectfully request that the filing fee for the civil action, No. 1:25-cv-07080-LTS, be refunded.

Respectfully submitted,

*/s/ Howard J. Kaplan*

Howard J. Kaplan

The foregoing request is granted. The Clerk of Court is respectfully directed to refund Petitioner's filing fee in this matter. Docket entry no. 3 is resolved.

SO ORDERED.
August 4, 2026

LAURA TAYLOR SWAIN, U.S.D.J.